## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LUIS ALBERTO CASTRO-SANTOS,** )<br>**TOMAS DE LA CRUZ-PEREZ, and** )<br>**MARTIN ALONZO CASTRO,** )<br>)<br>**Defendants.** | **8:21CR112**<br><br>**ORDER** |

    This matter is before the court on the defendant Luis Alberto Castro-Santos' Motion to Continue Trial [92]. The co-defendants attorneys have informed the court they have no objection to the continuance. The undersigned Magistrate Judge had a telephone conference with the plaintiff's attorney and Mr. Castro-Santos' attorney who requested additional time to negotiate a resolution short of trial. For good cause shown,

    **IT IS ORDERED** that the Motion to Continue Trial [92] is granted, as follows:

1. The jury trial, **for all defendants**, now set for April 4, 2022, is continued to **June 21, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 21, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED: March 31, 2022.**

                                                                        **BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**