IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR112 |
| v. | |
| LUIS ALBERTO CASTRO-SANTOS, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Luis Alberto Castro-Santos's ("Castro-Santos") Motion to Proceed In Forma Pauperis (Filing No. 155) on appeal. In support, Castro-Santos has submitted an Application to Proceed in the District Court Without Prepaying Fees or Costs (Filing No. 156).

For good cause shown, Castro-Santos's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 29th day of November 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge